IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE PACE, :<br>:<br>    Plaintiff, :<br>:<br>v. :<br>:<br>COLQUITT REGIONAL MEDICAL :<br>CENTER, PROVIDER CATE & :<br>NURSE KRISTEN :<br>:<br>    Defendants. :<br>_____ : | CASE NO: 7:23-CV-99 (WLS) |

## ORDER

Plaintiff Willie Pace filed the instant action on September 7, 2023. (Doc. 1). The Record reflects that Plaintiff has yet to pay the filing fee in this case or move to proceed *in forma pauperis*. Plaintiff is, therefore, **ORDERED** to either pay the filing fee or, if appropriate, to move the Court for an Order permitting him to proceed *in forma pauperis* consistent with the relevant standard and procedure no later than **Tuesday, January 2, 2024**. Failure to comply with this Order may result in sanctions, including dismissal of this action, without further notice or proceeding.

Plaintiff, moreover, also has not served the Defendants as required by Federal Rule of Civil Procedure 4. Plaintiff is, therefore, **ORDERED**, to serve process on Defendants in accordance with Rule 4 no later than **Tuesday, January 2, 2024**. Failure to comply with this Order may also result in the dismissal of this action without further notice or proceeding.

**SO ORDERED**, this 12th day of December 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**