IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE PACE, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-99 (WLS) |
| | * |
| COLQUITT REGIONAL MEDICAL CENTER, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of March, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk